# Exhibit A

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| YETI Coolers, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Dmitriy Goroshin d/b/a YETI Touch <br><br> and <br><br> Rongo, Inc. d/b/a YETI Touch <br><br> Defendants. | Case No. 1:18-CV-630-RP <br><br> The Honorable Robert L. Pitman <br><br> Jury Trial Demanded |

## [Proposed] Order

Before the Court is the above-entitled action. On this day, the Court considered Plaintiff YETI Coolers, LLC's Notice of Dismissal of Dmitriy Goroshin. Having done so, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Court hereby **ORDERS**, **ADJUDGES**, and **DECREES** that Plaintiff's claims against Defendant Dmitriy Goroshin are dismissed without prejudice.

SIGNED this _____ day of _____, 2018

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE