UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| YETI Coolers, LLC,<br><br>　　Plaintiff,<br><br>　v.<br><br>Dmitriy Goroshin d/b/a YETI Touch<br><br>and<br><br>Rongo, Inc. d/b/a YETI Touch<br><br>　　Defendants. | Civil Action No. 1:18-cv-00630 -RP<br><br>Judge Robert L. Pitman |

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, YETI Coolers, LLC ("YETI"), and Defendant, Rongo, Inc. d/b/a YETI Touch ("Rongo"), by and through YETI's undersigned counsel and Rongo's undersigned representative, hereby stipulate to dismissal with prejudice of all claims in this action. The parties each shall bear its own costs and attorneys' fees.

YETI and Rongo acknowledge that they have entered into a Settlement Agreement in resolution of this action as between YETI and Rongo. The Court shall retain jurisdiction over YETI and Rongo for the purpose of enforcement of or the resolution of any dispute arising from their settlement or related to their Settlement Agreement.

Dated: October 31, 2018

So Stipulated:

| | |
|---|---|
| By: */s/ Sean J. Jungels*<br>Joseph J. Berghammer (admitted in the Western District of Texas)<br>Illinois Bar No. 6273690<br>jberghammer@bannerwitcoff.com<br>Sean J. Jungels (admitted in the Western District of Texas)<br>Illinois Bar No. 6303636<br>sjungels@bannerwitcoff.com<br>BANNER & WITCOFF, LTD.<br>71 South Wacker Drive<br>Suite 3600<br>Chicago, IL 60606-7407<br>Telephone: (312) 463-5000<br>Facsimile: (312) 463-5001<br><br>**ATTORNEYS FOR YETI COOLERS, LLC** | By: */s/ Artur Stelmakh (with permission)*<br>**DEFENDANT, RONGO, INC. D/B/A YETI TOUCH** |

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2018, I caused the foregoing document to be electronically filed with the Clerk of the court pursuant to the Electronic Filing Procedures and using the CM/ECF system, and a true and correct copy of the foregoing document is being sent by email to counsel for Defendants:

Boris Y. Milter
Boris@MilterLaw.com
BORIS Y. MILTER, P.C.
3855 Holcomb Bridge Road
Suite 200
Norcross, Georgia 30092
Telephone: 770.674.4324
Facsimile: 706.969.7554

/s/ *Sean J. Jungels*
FOR YETI COOLERS, LLC